IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ambar I. Veliz

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Howard County Education Federal Credit Union

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 21-CV-03267 DLB

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
            *(check one)*

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ambar I. Veliz |
| Street Address | 8353 Ashwood Rd |
| City and County | Jessup, Howard County |
| State and Zip Code | MD, 20794 |
| Telephone Number | 256-484-7771 |
| E-mail Address | icenteno7777@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Howard County Education Federal Credit Union |
| Job or Title (if known) | |
| Street Address | 3458 Ellicott Center Drive, Ste 106 |
| City and County | Ellicott City, Howard County |
| State and Zip Code | MD, 21043 |
| Telephone Number | 410-461-2257 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name                     _____

    Job or Title
    (if known)                _____

    Street Address          _____

    City and County       _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address
    (if known)                _____

Defendant No. 3

    Name                     _____

    Job or Title
    (if known)                 _____

    Street Address          _____

    City and County       _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address
    (if known)                

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name                Howard County Education Federal Credit Union

    Street Address         3458 Ellicott Center Drive, Ste 106

    City and County      Ellicott City, Howard County

    State and Zip Code    MD, 21043

    Telephone Number    410-461-2257

3

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐    Failure to hire me.

    ☑    Termination of my employment.

    ☐    Failure to promote me.

    ☐    Failure to accommodate my disability.

    ☐    Unequal terms and conditions of my employment.

    ☑    Retaliation.

    ☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

<u>Sep. 2018 – March 2020</u>

C.   I believe that defendant(s) *(check one)*:

    ☐    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☑    race _____

    ☑    color_____

    ☐    gender/sex _____

    ☐    religion _____

    ☑    national origin _____

    ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐    disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

_____ See Attachments _____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☐     issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

 Gmail

---

## (no subject)

**Ambar Veliz** <icenteno7771@gmail.com>                                    Tue, Dec 21, 12:37 PM
To: Ambar Veliz <icenteno7771@gmail.com>

RELIEF
SECTION 3: LETTER E

I was told to never discuss anything with Rick Oursler (husband of C.E.O. Janet Oursler) or any board member, for I would be automatically terminated. Nevertheless, I was put in a very uncomfortable and unprofessional position of being forced between Janet Ourlser, C.E.O., and Brenda Minnich, C.O.O., when they were at odds with each other. Brenda Minnich would usually say, "Just do whatever Janet says, for she is the C.E.O.".
I do understand that Kathy Owens Wyatt, President of the Board, was upset with me for receiving the position she wanted for her daughter. I was told by Janet Oursler, C.E.O., that Kathy Owens Wyatt, Board President, was very upset with me for being hired into the Marketing Specialist position, and that basically she did not like me before even seeing me, so don't take it personally. Eventually, my position became full time. However, on the night of the Board meeting to hire me, I was told by Janet Oursler, C.E.O., that Kathy Owens Wyatt, President of the Board, took her into her office and said if she wanted my position approved that she would have to lower my salary $3.00 per hour and that would put me at $17.00 an hour. She justified this because I would receive benefits and insurance. Otherwise, she would not allow me to become full time. Janet Oursler, C.E.O., said: "You know Kathy. Oh, she made me so mad but what can I do? Don't worry, come Christmas I'll get you a raise. Besides, I don't want Kathy's daughter working here. It would be like having the CIA on my back. If I say something to her and she doesn't like it she will say, 'I am calling my mommy.' Besides, I already talked with Andre and he gave me some legal advice. He said to tell Kathy that hiring her daughter will be a conflict of interest. But it's really not, it's not a problem for me to hire her you know. But there would be no freedom here in the office, it would be like walking on eggshells." The next day Janet could tell that I was not too happy with my demotion of pay, so she said, "If you don't like it, you can go apply at McDonald's. Then you will really have to work for your money." When it was time for Christmas raises, I was told that I was not going to get a raise because Kathy was mad at me and that the entire Board was on Kathy's side because I had just been given the full time job. Janet went on to say, "No one, Ambar, no one, not Vivian, not Mel, not Ruth, no one spoke up for you to get a raise. You can write them a letter if you want, but it won't do you any good. Like Lisa, she went before the Board behind my back, and they lost all respect for her. Right now they at least have respect for you, all but Kathy."

I was told how Ruth instructed Janet to tell me not to sit with her because I was not a boss and to save me the embarrassment of having to be told where my position is and not to talk to her because I made her uncomfortable for being "regular staff." Then Janet said, "So you know I just saved you a hard moment!" I was informed how Ruth told Janet that if I wanted to keep my position I had to get along with Jennette Randall. So basically it was OK for Jennette Randall to call me "a rat."

Janet expressed how Laurie Berryman dresses inappropriately for her age. I was told to stay away from her because I would be viewed differently by the Board if I was seen in Laurie's company.
I was told by Janet Oursler, C.E.O., that I would get a raise, not because I earned it but because of hardship, in the amount of $1.00 to $3.00 per hour. I was instructed in front of Brenda not to talk to any Board members. On this same day, ironically, I went to the Board of Education building to speak with someone about getting their employees to join the HCEFCU. As I was walking out, I saw some of the HCEFCU Board members walking behind me. They called my name and asked what I was doing. One suggested that we take a picture so I could put it on my desk, since they had seen my new work area. I was mocked by Janet Oursler, C.E.O., that my work area was the Hotel because of my small work space.

One Board member also said for me to show it to Janet. Thinking that they would call or text Janet, I went ahead and sent her the picture. It made Document, and I could tell she was furious with me for being around the HCEFCU Board members. I explained how it happened, but there was no change in her demeanor and the fact that she disapproved. I could tell she felt like I had done that on purpose, unfortunately.

Janet Oursler, C.E.O., told me to kiss her ass many times during work hours. I know that Brenda also heard it on two different occasions. Janet did a lot of personal things on company time, and reported that she was working.
Janet Oursler, C.E.O., expressed how disgusting the hands of the custodians were. She went on to question if I could imagine those hands in your "coochie" (slang for female private parts). My heart was so upset as I looked at her because those people did a great job and provided me with a clean place when I got into the schools.

**V.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attachment

7

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

USDC- GREENBELT ND
'21 DEC 22 AM 11:50

Date of signing: 12-22 , 2021.

Signature of Plaintiff _Ambar I. Veliz_

Printed Name of Plaintiff _Ambar I. Veliz_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

Telephone Number            _____

E-mail Address              _____

8